**EXHIBIT A**

# WRIT OF FIERI FACIAS

Commonwealth of Virginia  Va. Code §§ 8.01-466, 474, 499, 500, 501, 16.1-98-99

City or County: Alexandria     General District Court

CASE NO. GV10004421-00

TO ANY AUTHORIZED OFFICER:

| | |
|---|---|
| Judgment Principal | $ 2187.83 |
| Credits | $ 0 |
| 6 % interest from 11/6/08 | |
| Costs | $ 80.00 |
| Attorney's Fees | $ |

At 3/15/11 @ 5:17p
→ Out No Answer

[✓] You are hereby commanded to levy on the goods, chattels, money and bank notes of the Judgment Debtor(s) and to make from that tangible personal property the principal, interest, costs and attorney's fees, together with such other fees, commissions and other lawful charges incurred in executing this writ, less credits (itemized on the attached list), as shown above.

[ ] No levy requested.

You are further commanded to make your return hereupon to the Clerk's Office within 90 days of this date, and, if money is recovered under this execution, to notify the person entitled to receive such money if such person is known, as required by law.

Homestead Exemption waived? [ ] yes [ ] no [ ] cannot be demanded

DATE ISSUED: 3-2-11      [✓] CLERK [ ] JUDGE

RETURNS: Each Judgment Debtor was served according to law, as indicated below, unless not found, with a copy of both this writ and the § 8.01-546.1 form.

## WRIT OF FIERI FACIAS

PLAINTIFF(S):
Global Credit Systems, LLC
501 E. Franklin St #622
Richmond, VA 23219
804-714-7352

v.

DEFENDANT(S):
Davila Crystal
xxx-xx-8298
5527 Hershey Lane
Alexandria, VA 22312

Plaintiff(s) are Judgment: [ ] Creditor(s) [ ] Debtor(s)
Defendant(s) are Judgment: [ ] Creditor(s) [✓] Debtor(s)

At 3/22/11 @ 3:26p
1GMDU06E6VD145838
Van does not Return to Name

Money received by Sheriff
FEES RECEIVED: $3
RECEIPT NUMBER:
2011 FEB 28 A 11:51

Subject's middle name is Vanessa

---

NAME: [illegible]
ADDRESS: [illegible]

[ ] PERSONAL SERVICE  Tel. No.
[ ] Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

No Property Found to levy upon

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.
[✓] Not found

3/22/11 @ 3:26p   W.C.M.C 6315
DATE            SERVING OFFICER
[signature] Sean Barry

NAME: ....
ADDRESS: ....

[ ] PERSONAL SERVICE  Tel. No.
[ ] Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

FAIRFAX COUNTY, VA
OFFICE OF THE SHERIFF

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.
[ ] Not found

RECEIVED

DATE          SERVING OFFICER    for _____

FORM DC-465 MASTER, PAGE ONE OF TWO, 5/07

## SHERIFF'S RETURN

| PROPERTY LEVIED UPON | AMOUNT REALIZED |
|---|---|
| 1. | $ |
| 2. | $ |
| 3. | $ |
| 4. | $ |
| 5. | $ |
| 6. | $ |
| 7. | $ |
| 8. | $ |
| 9. | $ |
| 10. | $ |
| 11. | $ |
| 12. | $ |
| 13. | $ |
| 14. | $ |
| 15. | $ |
| 16. | $ |
| 17. | $ |
| 18. | $ |
| 19. | $ |
| 20. | $ |
| 21. | $ |
| 22. | $ |

DATE OF LEVY..................

TOTAL AMOUNT REALIZED $..................

FEES, COMMISSIONS, OTHER LAWFUL CHARGES:

.................................$..................
.................................$..................
.................................$..................
.................................$..................
.................................$..................
.................................$..................

[✓] NO EFFECTS FOUND

3/22/11 @ 3:36p
DATE

Stan Barry
SHERIFF

By  W. Cenac 6551
DEPUTY SHERIFF

FORM DC-467 (MASTER, PAGE TWO OF TWO) 1/82