**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

Crystal V. Davila,

    Plaintiff

v.                                                                         Civil Action No. 1:11cv721(LMB/JFA)

Global Credit Systems, LLC

    Defendant

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Crystal V. Davila, the plaintiff herein, requests that this matter be dismissed with prejudice as to all parties.

    Respectfully submitted,

    Crystal V. Davila


    By: /s/ Nathan D. Baney
    Nathan D. Baney, Esq., VSB: 75935
    Nathan D. Baney Attorney at Law PLLC
    2331 Mill Road, Ste. 100
    Alexandria, VA  22314
    T:  571-303-9102
    F:  571-266-2013

## Certificate of Service

      I HEREBY CERTIFY that on this 19th day of August, 2011, a copy of the foregoing Notice of Dismissal was served by electronic mail to the parties below:

Matthew A. Ranck (VSB No. 51110)
ECCLESTON AND WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive-4th Floor
Hanover, Maryland 21076
Telephone:  (703) 218-5330
Facsimile:  (410) 752-0611
*Ranck@ewva..com*

And

Elias G. Saboura-Polkovotsy (VSB No. 72256)
ECCLESTON AND WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive-4th Floor
Hanover, Maryland 21076
Telephone:  (703) 218-5330
Facsimile:  (410) 752-0611
*saboura@ewva.com*

                                        /s/ Nathan D. Baney_____