IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



Crystal V. Davila,

    Plaintiff

v.

Global Credit Systems, LLC           Civil Action No. 1:11cv721(LMB/JFA)

    Defendant

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Crystal V. Davila, the plaintiff herein, requests that this matter be dismissed with prejudice as to all parties.

Respectfully submitted,

Crystal V. Davila

By: /s/ Nathan D. Baney
Nathan D. Baney, Esq., VSB: 75935
Nathan D. Baney Attorney at Law PLLC
2331 Mill Road, Ste. 100
Alexandria, VA 22314
T: 571-303-9102
F: 571-266-2013

So Ordered

/s/ _____ 8/24/11
Leonie M. Brinkema
United States District Judge